UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

            - v. -                       :

RUDY RODRIGUEZ and                       :        07 Cr. 1107 (GBD)
ALEXANDER RODRIGUEZ,                     :

                    Defendants.          :

- - - - - - - - - - - - - - - - - x

ORDER
~~INDICTMENT~~

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 7 200
```

            Upon the application of the United States of America,

by and through Assistant United States Attorney Christopher L.

LaVigne, and with the consent of the defendants Rudy Rodriguez

and Alexander Rodriguez, by and through their counsel Roy

Kulscar, Esq. and George Goltzer, it is hereby ORDERED that the

time between August 7, 2008 through and including August 20,

2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8)(A), in the interests of justice.  The Court finds

that the ends of justice served by granting a continuance

outweigh the best interests of the public and the defendant in a

speedy trial, because it will permit the Government and the

defendant to continue discussions regarding a possible

disposition of the case before trial.


Dated:  New York, New York
        August  7 , 2008

            'AUG . 7 2008


                                    _____
                                    HON. GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE